IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANISSA FERNANDES; et al.,

    Plaintiffs,                              No. CIV S-11-1331 KJM-DAD

    vs.

BRYAN MOORE, Individually and as
Clerk of Sacramento County Superior Court,
Unlawful Detainer Division,

    Defendant.                          <u>ORDER TO SHOW CAUSE</u>

/

        Plaintiffs have failed to file a timely status report or otherwise seek an extension of time for defendant to respond. Plaintiffs' counsel is hereby ordered to show cause within fourteen (14) days of the entry of this order why sanctions, including dismissal for lack of prosecution, should not be imposed against him or his clients. Fed. R. Civ. P. 41(b). The status (scheduling) conference scheduled for October 19, 2011 is hereby vacated.

        IT IS SO ORDERED.

DATED: October 14, 2011.

                                                    UNITED STATES DISTRICT JUDGE