IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANISSA FERNANDES; et al.,

    Plaintiffs,                                No. CIV S-11-1331 KJM-DAD

    vs.

BRYAN MOORE, et al.,

    Defendants.                              ORDER

/

        The court entered an order to show cause on October 14, 2011 in the above-captioned matter, ordering plaintiffs to show cause within fourteen days why sanctions should not be imposed against them or their counsel for failure to file a timely status report or otherwise seek an extension of time for defendants to respond and why this case should not be dismissed for failure to prosecute. (ECF 5.) Plaintiffs have failed to file a response, timely or otherwise.

        "[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . ." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991). Local Rule 110 states: "Failure of counsel or a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        A quick glance at the docket is sufficient to show that plaintiffs have wholly failed to comply with the court's order and to prosecute this case; the last action taken by

1

plaintiffs was their filing of the complaint on May 17, 2011.  (ECF 1.)  However, it has been brought to the court's attention that plaintiffs' counsel, Paul R. Bartleson, has been suspended from the practice of law.  The court hereby takes judicial notice of Bartleson's suspension, although Bartleson failed to notify the court of this change in status as required by Local Rule 184.  The court is justifiably concerned with the status of the case and the extent of plaintiffs' knowledge regarding the status of Bartleson's license.

         Accordingly, it is hereby ORDERED:

1) Bartleson will pay sanctions in the amount of $250.00 for his failure to file a response to the order to show cause filed on October 14, 2011. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by Bartleson **not later than fourteen (14) days** from the filing of this order;

2) Bartleson will provide the court, within fourteen (14) days of the entry of this order, with plaintiffs' current mailing addresses and phone numbers;

3) Bartleson will show cause, within fourteen (14) days of the filing of this order, why he should not be sanctioned in the amount of $150.00 for his failure to notify the court of his suspension as required by Local Rule 184; and

4) The Clerk of the Court is hereby directed to mail a courtesy copy of this order to the following publicly available addresses listed for plaintiffs:

    a) Annisa Fernandes at  2914 Tamannd Court, Antelope, CA 95843;

    b) Shawn Krock at 7431 Rio Linda Boulevard, Rio Linda, CA 95673; and

    c) John Barritt at 5400 Date Avenue, Sacramento, CA 95841.

IT IS SO ORDERED.

DATED: December 20, 2011.

_____
UNITED STATES DISTRICT JUDGE