IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANISSA FERNANDES, et al.,

    Plaintiffs,　　　　　　　　　　　No. CIV S-11-1331 KJM-DAD

    vs.

BRYAN MOORE, et al.,

    Defendants.　　　　　　　　　　　<u>ORDER</u>

_____/

        On October 14, 2011, the court ordered plaintiffs to show cause within fourteen days why sanctions should not be imposed against them or their counsel for failure to file a timely status report or otherwise seek an extension of time for defendants to respond and why this case should not be dismissed for failure to prosecute. (ECF 5.) Plaintiffs did not file a response. Accordingly, on December 20, 2011, the court ordered plaintiffs' counsel, Paul R. Bartleson, within fourteen (14) days, to pay sanctions in the amount of $250.00, provide the court with plaintiffs' current mailing addresses and phone numbers, and to show cause why he should not be sanctioned $150.00 for his failure to notify the court of his suspension from the practice of law, as required by Local Rule 184. (ECF 6.) Although the order served on him was not returned, Bartleson failed to respond to the order. The court also directed courtesy service on the individual plaintiffs, at the best addresses the court was able to locate for them. Two of

the three copies served on individual plaintiffs were returned; one was not.  No individual plaintiff has filed anything with the court.  It is thus unclear to the court whether plaintiffs are aware of Bartleson's disciplinary issues.

"[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . ." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991).  Local Rule 110 states: "Failure of counsel or a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 184(a) provides that the court "may refer [any matter in which an attorney subject to these rules engages in conduct that may warrant discipline] to the disciplinary body of any Court before which the attorney has been admitted to practice."

Accordingly, it is hereby ORDERED:

1) Bartleson shall pay sanctions in the amount of $400.00 for his failure to file a response to the orders to show cause filed on October 14, 2011 and December 20, 2011. Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by Bartleson **not later than fourteen (14) days** from the filing of this order;

2) The Clerk of the Court is hereby directed to refer this matter to the State Bar Court;

3) This case is dismissed without prejudice for failure to prosecute; and

4) The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

DATED: February 9, 2012.

_____
UNITED STATES DISTRICT JUDGE